SALVADOR GONZALEZ

**RETURN OF SERVICE**   CAB-03-170

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | SEPT 29, 2003 |
| NAME OF SERVER (PRINT) PLACIDO ROGERS | TITLE |

③

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: SANTA ROSA VILLAGE APARTMENTS HWY 506

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
OCT 0 1 2003
Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEPTEMBER 29, 2003      *Placido Rogers*
                Date                   Signature of Server

P.O. Box 1214  LA FERIA, TEXAS
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.