AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _TEXAS_
BROWNSVILLE, TEXAS

John Ocie Roberts

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **B-03-170**

ELEANOR CARTE et al

TO: (Name and address of defendant)

ELEANOR CARTE
1726 2ND ST
CORPUS CHRISTI, TEXAS
78404

United States District Court
Southern District of Texas
FILED
OCT 1 4 2003
Michael N. Milby
Clerk of Court

MAIL

United States District Court
Southern District of Texas
RECEIVED
OCT 1 4 2003
Michael N. Milby, Clerk

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Ocie Roberts   PRO-SE
Box 1167
LA FERIA, TEXAS
78559

_____ days after service of this
It will be taken against you for the relief
within a reasonable period of time after

[Return receipt card:]
ELEANOR CARTE
1726 SECOND ST
Box 133/276
CORPUS CHRISTI, TEXAS
78404

Article Number: 7002 2410 0003 4324 5766

_____BER 25, 2003