AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF __TEXAS__

BROWNSVILLE TEXAS

John Ocie Roberts

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-03-170

JAVIER GONZALEZ

5

United States District Court
Southern District of Texas
FILED

OCT 14 2003

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

JAVIER GONZALEZ
55 COVE CIRCLE
BROWNSVILLE, TEXAS
78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Roberts
Box 1167
La Feria, Texas
78559

_____ days after service of this
It will be taken against you for the relief
within a reasonable period of time after

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAVIER GONZALEZ
55 COVE CIRCLE
BROWNSVILLE TEX
78520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Paul Lopes

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

BER 25, 2003

2. Article Number
(Transfer from service label)
7002 2410 0003 4324 5735

PS Form 3811, August 2001   Domestic Return Receipt