6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

OCT 1 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § § | |
| VS. | § § | CIVIL ACTION B-03-170 |
| ELEANOR CARTE, ET AL | § | |

**NOTICE OF ENTITIES WITH FINANCIAL**
**INTEREST IN LITIGATION**

Please take notice that other than the parties to this litigation, there is no other parties to this litigation, there is no other party or financial entity with an interest in the outcome of this litigation.

Dated this 14th day of October, 2003.

Respectfully submitted,

/s/ John Ocie Roberts
John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78559

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Entities with Financial Interest in Litigation had been sent by certified mail U. S. Postal Service to opposing counsel Javier Gonzales on this the 14th day of October, 2003.

/s/ John Ocie Roberts
John Ocie Roberts