

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| John Ocie Roberts | § | CIVIL ACTION NO. B-03-170 |
| | § | |
| vs. | § | |
| | § | |
| Eleanor Carte | § | |
| Estate of A.C. Carte | § | |
| Through its executrix, | § | |
| Celeste Bowman, | § | |
| Javier Gonzales, Salvador Gonzales | § | |
| and Harold Waite | § | JURY |

## DEFENDANTS' DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **ELEANOR CARTE and JAVIER GONZÁLEZ (Misnamed As "Javier Gonzales")**, two of the Defendants in the above-entitled and numbered cause of action and designate the following persons/entities who may have a financial interest in the outcome of this matter:

1. John Ocie Roberts - Plaintiff
   P.O. Box 1167
   La Feria, Texas 78559

2. Eleanor Carte - Defendant

3. Javier González - Defendant and counsel for number 2 and 3.
   Royston, Rayzor, Vickery & Williams, L.L.P.
   55 Cove Circle
   Brownsville, Texas 78521

4. Estate of A. C. Carte, by and through its Executrix, Celeste Bowman - Defendant

5. Salvador Gonzales - Defendant

6. Harold Waite - Defendant

49802:1087012.1:122303

Respectfully submitted,

By: _____
Javier González
State Bar of Texas No. 00787561
Federal ID No. 19712
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal ID No. 15703
Attorneys in Charge for
Defendants, **ELEANOR CARTE** and
**JAVIER GONZALEZ** (Misnamed As
"Javier Gonzales")

OF COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS L.L.P.**
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone:   (956) 542-4377
Facsimile:    (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to *pro se* party of record via **Certified Mail-Return Receipt Requested** and **Regular U.S. Mail** on this the 23rd day of December, 2003:

                John Ocie Roberts
                P.O. Box 1167
                La Feria, Texas 78559

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.