## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1-14-04 |
| NAME OF SERVER (PRINT) Armando Pulido | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1147 Louisana St.
La Feria, Texas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

JAN 1 4 2004

☐ Returned unexecuted: _____

Michael N. Milby
Clerk of Court

☑ Other (specify): Harold Waite

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-14-04
Date

Signature of Server

943 N. Exp. # 15-6
Address of Server
Brownsville, Tx 78520

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.