United States District Court
Southern District of Texas
FILED

JAN 2 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § § § | |
| VS. | § § | CASE NO. B-03-170 |
| **ELEANOR CARTE, ESTATE OF A.C. CARTE, through its Executrix, CELESTE BOWMAN, JAVIER GONZALES, SALVADOR GONZALES, AND HAROLD WAITE** | § § § § § § | |

### DEFENDANT, HAROLD WAITE'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, HAROLD WAITE, (hereinafter referred to as "Defendant"), who files this, his Original Answer, and in support hereof, Defendant would show the court as follows:

**A. ANSWER:**

1. Defendant admits the factual identities and addresses set forth in paragraphs 1 through 5.

2. Defendant denies the facts pleaded in paragraphs 6 through 41 and demands strict proof thereof.

**B. AFFIRMATIVE DEFENSES:** Defendant affirmatively asserts the following defenses:

1. Res Judicata, Collateral Estoppel, and Judicial Estoppel.

2. Plaintiff has failed to plead facts to support a cause of action against the Defendant.

**C. FRIVOLOUS LAWSUIT:** This suit was filed by the Plaintiff in bad faith and without sufficient factual or legal grounds against the Defendant, with the intent by the Plaintiff to harass, annoy and cause hardship to the Defendant. Defendant, accordingly, seeks monetary sanctions of and from the Plaintiff in an amount to reimburse the Defendant for his reasonable attorneys fees and expenses in

this case and to punish and deter the Plaintiff from such behavior in the future.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, Harold Waite, respectfully requests from the Court judgment that the Plaintiff **TAKE NOTHING** of and from Defendant, Harold Waite. Defendant, Harold Waite, also prays for recovery of his reasonable attorneys fees of and from the Plaintiff, and Defendant, Harold Waite, also prays that sanctions be assessed against the Plaintiff for filing this suit in bad faith and without sufficient legal or factual grounds against Defendant, Harold Waite. Defendant also seeks such other and further relief, general or special, legal or equitable, as the Court deems just in this matter.

Respectfully submitted,

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Texas 78551
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _____
William Kimball
State Bar #11418700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was mailed by certified mail, return receipt requested, to: Mr. John Ocie Roberts, P.O. Box 1167, LaFeria, Texas 78559, on this the 21st day of January, 2004.

_____
William Kimball

2