*12*

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 02 / 17 / 04 |
| TIME | 1:40 p.m. — 1:45 p.m. |
| | 1:47 p.m. — 2:00 p.m. |
| CIVIL ACTION | B / 03 / 170 |
| STYLE | JOHN OCIE ROBERTS |
| | *versus* |
| | ELEANOR CARTE, ET AL. |

United States District Court
Southern District of Texas
FILED

FEB 17 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;                    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):           Alberto Garcia
Attorney(s) for Defendant(s):
Eleanor Carte                            Javier Gonzalez
Javier Gonzalez                          Same
Harold Waite                             William F. Kimball (via telephone)

---

Comments:

Mr. Kimball did not appear in person. He was contacted by phone by case manager. He advised the Court that he was not aware of this hearing. Mr. Kimball was allowed appear by telephone.

*Garcia*: not too familiar with case; was just hired yesterday evening; will be requesting discovery.

*Kimball*: will file motion for summary judgment; and will be requesting discovery.

*Gonzalez*: discovery is not needed to file a 12(b)(6) motion. He may also file a motion for sanctions and injunctive relief. This motion can be filed within 30 days.

**Ruling: Court will allow limited discovery or whatever is necessary to respond to a 12(b)(6).**