United States District Court
Southern District of Texas
FILED

MAR 0 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | CIVIL ACTION NO. B-03-170 |
| | § | |
| VS. | § | |
| | § | |
| ELEANOR CARTE | § | |
| ESTATE OF A.C. CARTE | § | |
| THROUGH ITS EXECUTRIX, | § | |
| CELESTE BOWMAN, | § | |
| JAVIER GONZALES, SALVADOR | § | |
| GONZALES AND HAROLD WHITE | § | JURY |

## APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Alberto Garcia and hereby files this appearance as attorney of record for JOHN OCIE ROBERTS, Plaintiff. Plaintiff, JOHN OCIE ROBERTS, retained Alberto Garcia, and he consents to Alberto Garcia's appearance as attorney of record in this cause.

Respectfully submitted,

**Law Office of
Alberto Garcia**
519 S. Commerce
Harlingen, Texas 78550
(956) 425-4171
(956) 428-5256 Fax

By: _Alberto Garcia_
Alberto Garcia
State Bar No. 07628710  FED ID# 3988
Attorney for JOHN OCIE ROBERTS

## CERTIFICATE OF SERVICE

This is to certify that on March 2, 2004, a true and correct copy of the above and foregoing document was served on Royston, Rayzor, Vickery & Williams L.L.P., 55 Circle, P.O. Box 3509, Brownsville, Texas 78523-3509, by regular mail.

_____
Alberto Garcia

# ALBERTO GARCIA
## ATTORNEY & COUNSELOR AT LAW
519 S. Commerce
Harlingen, Texas 78550
Telephone (956) 425-4171
Fax (956) 428-5256

United States District Court
Southern District of Texas
FILED

MAR 0 2 2004

Michael N. Milby, Clerk of Court

## FAX TRANSMITTAL FORM

DATE: 3/2/04    TIME: _____    SENT BY: Dianna

TO: Sheila Cavazos    FAX NO.: 574-7416

NO. OF PAGES (including this page): 3

ORIGINAL SENT VIA: ___    Regular Mail ___    Certified ___    Other ___

COMMENTS:

---

**Confidentially Notice:**

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to **ALBERTO GARCIA,** 519 S. Commerce Harlingen, Texas 78550, via the U.S. Postal Service at our expense.

IF YOU HAVE ANY TROUBLE WITH THIS TRANSMISSION, PLEASE CALL (956) 425-4171. OUR FAX NUMBER IS (956) 428-5256