United States District Court
Southern District of Texas
FILED

JUN 0 8 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| John Ocie Roberts | § | CIVIL ACTION NO. B-03-170 |
| | § | |
| vs. | § | |
| | § | |
| Eleanor Carte | § | |
| Estate of A.C. Carte | § | |
| Through its executrix, | § | |
| Celeste Bowman, | § | |
| Javier Gonzales, Salvador Gonzales | § | |
| and Harold Waite | § | JURY |

## DEFENDANTS', ELEANOR CARTE AND JAVIER GONZALEZ SUPPLEMENT TO THEIR MOTION TO DISMISS PURSUANT TO FRCP 12(B)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **ELEANOR CARTE** and **JAVIER GONZÁLEZ (Misnamed As "Javier Gonzales")**, Defendants in the above-entitled civil action and files this their Supplement to their Motion to Dismiss, pursuant to 12(b) of the Federal Rules of Civil Procedure, for plaintiff's failure to state a claim upon which relief can be granted; and for lack of jurisdiction over the subject matter, which was filed back on or about March 17, 2004, and would show the Court more fully as follows:

I.

## SUPPLEMENT TO 12(b) MOTION TO DISMISS OF DEFENDANTS

Defendants herein supplement their Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b), which was filed back on or about March 17, 2004, by bringing to this honorable court's attention that an Order granting Summary Judgment was entered in Cause No. 2002-01-252-E, styled *John Ocie Roberts vs. Eleanor Carte, et al,* out of the 357th Judicial District Court of Cameron County, Texas. This suit was referenced in defendants' 12(b) Motion to Dismiss in

paragraph 2.12 of said motion. Defendants are therefore supplementing their motion to dismiss, to give notice to this honorable court and supplement their 12(b) motion, with notice of the underlying state court's ruling referenced above, for clarity in this matter. *Attached hereto as Exhibit "A," is an Order granting Summary Judgment in favor of defendants, signed April 26, 2004, which is incorporated herein by reference.*

WHEREFORE, PREMISES CONSIDERED, **ELEANOR CARTE** and **JAVIER GONZÁLEZ (Misnamed As "Javier Gonzales")**, Defendants pray that this Court upon consideration of their Supplement to their Motion to Dismiss Pursuant to FRCP 12(b), grant the Motion to Dismiss pursuant to FRCP 12(b); dismiss plaintiff's complaint; and further grant defendants any and all further relief to which they may show themselves justly entitled.

Respectfully submitted,

By: _____
Javier González
State Bar of Texas No. 00787561
Federal ID No. 19712
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal ID No. 15703
Attorneys in Charge for
Defendants, **ELEANOR CARTE** and **JAVIER GONZALEZ (Misnamed As "Javier Gonzales")**

OF COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS L.L.P.**
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone:   (956) 542-4377
Facsimile:    (956) 542-4370

## CERTIFICATE OF CONFERENCE

I certify that on this ____ day of **June, 2004**, pursuant to Local Rule 7.1.D, there is no necessity to confer with all counsel on this supplement to the motion to dismiss, pursuant to FRCP 12(b) or determine their agreement to the disposition of this supplement to said motion.

_____
Javier Gonzalez

## CERTIFICATE OF SERVICE

I certify that on the ____ day of **June, 2004**, a true and correct copy of the foregoing **Defendants' Supplement to their Motion to Dismiss Pursuant to FRCP 12(b)**, was delivered via **Regular U.S. Mail,** to all counsel and *pro se* parties of record, as follows:

Hon. William F. Kimball
Attorney at Law
312 East Van Buren Avenue
Harlingen, Texas 78550-6832

Hon. Alberto Garcia
Law Offices of Alberto Garcia
519 S. Commerce
Harlingen, Texas 78550

Mr. John Ocie Roberts
P.O. Box 1167
La Feria, Texas 78559

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

# EXHIBIT "A"

CAUSE NO. 2002-01-252-E

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| VS. | § | 357TH JUDICIAL DISTRICT |
| | § | |
| ELEANOR CARTE, THE ESTATE OF | § | |
| A.C. CARTE BY AND THROUGH | § | |
| ITS EXECUTRIX, CELESTE BOWMAN | § | |
| AND JAVIER GONZALES | § | |
| Defendants | § | CAMERON COUNTY, TEXAS |

## ORDER GRANTING SUMMARY JUDGMENT

On the 8th day of April, 2004, came on to be considered defendants', Eleanor Carte, the Estate of A.C. Carte, by and through its Executrix, Celeste Bowman and Javier González (misnamed as "Javier Gonzales") Motions for Summary Judgment in the above-entitled civil action. The court after considering the pleadings on file, the motions themselves, the applicable law, the evidence presented and the arguments of counsel and *pro se* parties, is of the opinion that the motions should be granted. Accordingly, it is therefore,

**ORDERED, ADJUDGED and DECREED** that defendants', Eleanor Carte, the Estate of A.C. Carte, by and through its Executrix, Celeste Bowman and Javier González (misnamed as "Javier Gonzales") Motions for Summary Judgment on traditional grounds and no-evidence, are hereby **GRANTED**. Defendants are hereby dismissed and granted summary judgment in this matter.

Costs are borne by the party incurring same.

**SIGNED FOR ENTRY** this 26 day of April, 2004.

10:35 A

APR 26 2004

_____
**JUDGE PRESIDING**

Brenda M. Garcia

Copies to:

Hon. Javier González
Royston, Rayzor, Vickery & Williams, L.L.P.
P. O. Box 3509
Brownsville, TX 78523-3509

John Ocie Roberts
P.O. Box 1167
La Feria, Texas 78559