IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOHN OCIE ROBERTS § | |
| § | |
| § | |
| VS. § | CASE NO. B-03-170 |
| § | |
| § | |
| ELEANOR CARTE, ESTATE OF § | |
| A.C. CARTE, through its Executrix, § | |
| CELESTE BOWMAN, JAVIER GONZALES, § | |
| SALVADOR GONZALES, AND § | |
| HAROLD WAITE § | |

### DEFENDANT, HAROLD WAITE'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, HAROLD WAITE, (hereinafter referred to as "Waite"), who files this, his Motion to Dismiss Plaintiff's claims and causes of action against Waite under F.R.C.P. 12(b)(1) and 12(b)(6), and in support hereof, Waite would show the court as follows:

1. This court has issued a **Memorandum Order** dated September 17, 2004, in which the Court ruled that the Plaintiff failed to allege any federal causes of action against the Defendants herein, including Waite, and that the court will not exercise its supplemental jurisdiction over the Plaintiff's state claims pursuant to 28 U.S.C. §1367(a). Plaintiff has asserted the same claims against Waite as he asserted against Defendants Eleanor Carte and Javier Gonzalez, who filed their own Motion to Dismiss leading to the September 17, 2004 **Memorandum Order**.

2. Defendant, Waite, has asserted the same defenses as Defendants, Carte and Gonzalez, and stands in the same position as Defendants, Carte and Gonzalez, in terms of the defenses asserted.

3. Waite, accordingly, moves that the Plaintiff's claims and causes of action against him be

1

dismissed because the Plaintiff has failed to alleged a federal cause of action against Waite and accordingly, there is no federal jurisdiction. Secondly, the court should dismiss the Plaintiff's state claims and causes of action against Waite because there is no diversity jurisdiction under 28 U.S.C. §1332 and, as a matter of comity and as a matter of this court's broad discretion, the court should <u>not</u> exercise its supplemental jurisdiction under 28 U.S.C. §13767(a). Waite also asserts as reasons for dismissal the defenses of res judicata, judicial estoppel, and collateral estoppel, for the same reasons as argued by Defendants Carte and Gonzalez in their Motion to Dismiss. Waite designates all pleadings, affidavits, exhibits and Orders of the Court currently on file in this cause in support of this motion, including the Motion to Dismiss filed by Defendants, Carte and Gonzalez, and the Court's **Memorandum Order** of September 17, 2004.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, Harold Waite, respectfully requests that the Court, without hearing, enter an order dismissing all of the claims and causes of action asserted by the Plaintiff herein against Defendant, Harold Waite. Defendant, Harold Waite, also seeks such other and further relief, general or special, legal or equitable, as the Court deems just in this matter.

Respectfully submitted,

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Texas 78551
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _____
William Kimball
State Bar #11418700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was mailed by certified mail, return receipt requested, to the following individuals on the __6__ day of October, 2004:

Mr. John Ocie Roberts
P.O. Box 1167
LaFeria, Texas 78559

Mr. Javier González
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78523-3509

Mr. Alberto Garcia
Law Offices of Alberto Garcia
519 S. Commerce
Harlingen, Texas 78550

_____
William Kimball