IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOHN OCIE ROBERTS** | § | |
| | § | |
| | § | |
| **VS.** | § | **CASE NO. B-03-170** |
| | § | |
| | § | |
| **ELEANOR CARTE, ESTATE OF** | § | |
| **A.C. CARTE, through its Executrix,** | § | |
| **CELESTE BOWMAN, JAVIER GONZALES,** | § | |
| **SALVADOR GONZALES, AND** | § | |
| **HAROLD WAITE** | § | |

## ORDER OF DISMISSAL

**ON THIS DAY**, came on for consideration the Motion to Dismiss filed by Defendant, Harold Waite. The Court, after considering the Motion and the record on file, including the Court's September 17, 2004, Memorandum Opinion, was of the opinion that Defendant, Harold Waite's Motion to Dismiss should be **GRANTED** for the same reasons set forth in the September 17, 2004 Memorandum Order. It is accordingly, hereby

**ORDERED** that the Plaintiff's claims and causes of action against Defendant, Harold Waite, are hereby **DISMISSED** for the reasons set forth in the Court's September 17, 2004 Memorandum Order.

Done at Brownsville, Texas on the _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren Ave.
Harlingen, Texas 78551
Tel.  (956) 425-2000
Fax No. (956) 421-4258

BY: _____
William Kimball
State Bar #11418700

ATTORNEY FOR DEFENDANT, HAROLD WAITE