104118

AO 82B
(Rev. 10/89)

**ORIGINAL**

**RECEIPT FOR PAYMENT**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF TEXAS

RECEIVED FROM:

John Ocie Roberts
Box 1167
La Feria, TX 78559

Case Number Or Other Reference
B-03-CV-170

Fund
- 6855__* Deposit Funds
- Registry Funds
- (086900) Filing Fees
- 322350 Copy Fees
- 322360 Miscellaneous Fees
- 092037 Noticing Fees
- 143500 Interest Deposits to U.S.
- 322380 Recovery—Court Costs
- 504100 Crime Victims Fund
- 507310 U.S. Trustee System Fund
- 106000 Forfeitures of Unclaimed Monies

*Last two digits same as last two digits of DO symbol

| ACCOUNT | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | 255.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 10/12/04    Cash | Check | M.O. X | Credit    DEPUTY CLERK P. Nieto