# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**United States District Court
Southern District of Texas
FILED**

**OCT 1 2 2004**

**Michael N. Milby
Clerk of Court**

October 12, 2004

Mr. Charles R. Fulbruge, III, Clerk  　　Re: ROBERTS
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102  　　VS  CARTE
New Orleans, Louisiana 70130

　　　　　　　　　　CA B-03-170

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee __X__ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[X] U.S. District Judge entering final order is __HILDA G. TAGLE__

[ ] Court reporter assigned to this case is _____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　MICHAEL N. MILBY, CLERK

　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　Rebecca Pinales, Deputy Clerk

cc: John Ocie Roberts
　　Alberto Garcia
　　Javier Gonzalez
　　William F Kimball
　　File