IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-41489

United States Court of Appeals
Fifth Circuit
**F I L E D**
December 8, 2004

Charles R. Fulbruge III
Clerk

JOHN OCIE ROBERTS

Plaintiff - Appellant

v.

ELEANOR CARTE; ET AL

Defendants

ELEANOR CARTE; JAVIER GONZALEZ; SALVADOR GONZALEZ; HAROLD WAITE

Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 8, 2004, for want of prosecution. The appellant failed

to timely order transcripts and make financial arrangements with court reporter.

                          CHARLES R. FULBRUGE III
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

By: _____
      Chris P. Descant, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
      Deputy

New Orleans, Louisiana    DEC 08 2004