United States District Court
Southern District of Texas
FILED

DEC 1 3 2004

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 8, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 04-41489 Roberts v. Carte
    USDC No. 1:03-CV-170

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    Chris P. Descant, Deputy Clerk
    504-310-7704

cc: w/encl:
    Mr John Ocie Roberts
    Mr William F Kimball

MDT-1