IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 9 2004

Michael N. Milby
Clerk of Court

| JOHN OCIE ROBERTS, | § | |
|---|---|---|
| Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. 1:03-CV-170 |
| | § | |
| ELEANOR CARTE, THE ESTATE OF | § | |
| A.C. CARTE BY AND THROUGH | § | |
| ITS EXECUTRIX, CELESTE | § | |
| BOWMAN AND JAVIER GONZALEZ | § | |
| Defendants | § | |

## DESIGNATION OF RECORD FOR APPEAL

TO THE CLERK AND COURT REPORTER:

Plaintiff, John Ocie Roberts, hereby respectfully requests the preparation of record for appeal in the above styled and numbered cause, to include the following items in record and requesting he be advised of the cost hereof:

| Date File | # | Docket Text |
|---|---|---|
| 09/25/03 | 1 | Compliant by John Ocie Roberts |
| 09/25/03 | 2 | Order setting initial pretrial and scheduling conference on 1:30 |
| 10/01/03 | 3 | Return of service to Salvador Gonzalez |
| 10/14/03 | 4 | Return of service to Eleanor Carte |
| 10/14/03 | 5 | Return of serive to Javier Gonzalez |
| 10/15/03 | 6 | Notice of Entities with financial interest in litigation by John Ocie Roberts |
| 10/20/03 | 7 | Answer to complaint by Eleanor Carte, Javier Gonzalez |
| 12/23/03 | 8 | Certificate of interested parties by John Ocie roberts |
| 01/20/04 | 9 | Return of Service executed as to Harold Waite |

| 01/21/04 | 10 | Answer to complaint by Harold Waite |
| --- | --- | --- |
| 02/03/04 | 11 | Joint discovery Eleanor Carte, Javier Gonzalez |
| 03/17/04 | 14 | Motion to dismiss by Eleanor Carte, Javier Gonzalez |
| 05/14/04 | 15 | Plaintiff's response by John Ocie Roberts to motion to dismiss |
| 06/08/04 | 16 | Supplement to motion to dismiss by Eleanor Carte, Javier Gonzalez, filed |
| 09/17/04 | 18 | Order granting 14 motion to dismiss |
| 10/12/04 | 19 | Motion to dismiss by Harold Waite |
| 10/12/04 | 20 | Notice of appeal |
| 10/12/04 | 21 | Transmittal letter to U.S. Court of Appeals for the Fifth Circuit |

This designation.

Please inform me as to any fee or costs for this record.

Respectfully submitted,

*John Ocie Roberts*
John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78559

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Designation of Record for Appeal has been hand delivered on this the 28th day of December, 2004 to

*John Ocie Roberts*
John Ocie Roberts

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. 1:03-CV-170 |
| | § | |
| ELEANOR CARTE, THE ESTATE OF | § | |
| A.C. CARTE BY AND THROUGH | § | |
| ITS EXECUTRIX, CELESTE | § | |
| BOWMAN AND JAVIER GONZALEZ | § | |
|     Defendants | § | |

### CERTIFICATE AS TO TRANSCRIPTS

I hereby certify that I shall not be requesting any transcripts from the hearings on this case.

Respectfully submitted,

*/s/ John Ocie Roberts*
John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78559

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing certificates for Appeal has been hand delivered on this the 20th day of December, 2004 to

*/s/ John Ocie Roberts*
John Ocie Roberts