IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN OCIE ROBERTS, | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. 1:03-CV-170 |
| | § | |
| ELEANOR CARTE, THE ESTATE OF | § | |
| A.C. CARTE BY AND THROUGH | § | |
| ITS EXECUTRIX, CELESTE | § | |
| BOWMAN AND JAVIER GONZALEZ | § | |
| AND HAROLD WAITE | § | |
|     Defendants | § | JURY |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND NOTICE OF
APPEAL, TO RESPOND TO HAROLD WAITE'S MOTION TO DISMISS AND
MOTION FOR JUDGMENT ON DEFENDANT'S
HAROLD WAITE'S MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, Plaintiff, John Ocie Roberts, and files this his Plaintiff's Motion for Leave to Amend Notice of Appeal, to Respond to Harold Waite's Motion to Dismiss and Motion for Judgment on Defendant's Harold Waite's Motion to Dismiss and for grounds would show the court the following:

1.     Defendant Harold Waite filed a motion to dismiss on the 12th day of October, 2004, and it is still pending according to Plaintiff's information and belief without a separate order for said motion.

2.     Plaintiff filed a notice of appeal on the same day without knowledge that Defendant Waite had filed a motion.

3.     Plaintiff now needs to answer such a motion, have the Court resolve it and then allow Plaintiff to amend his notice of appeal to add order.

4.     It is Plaintiff's contention that this case was not ripe for appeal when the Defendant's motion to dismiss was filed.

5.  Therefore, in order to rectify and solidify this appeal into one, it is the opinion of this Plaintiff that this motion should be granted.

For this, Plaintiff invokes Rule 54 (b) of the Federal Rules of Civil Procedure, in that not all parties nor all causes of action had been resolved.

Wherefore, Plaintiff prays that this Court grant leave to allow Plaintiff to respond to Defendant's, Harold Waite, motion to dismiss and to allow Plaintiff to file an amended notice of appeal, if necessary, that this Court set this motion for an evidentiary hearing and any other relief as equity and law would project.

Respectfully submitted,

John Ocie Roberts
P. O. Box 1167
La Feria, Texas 78589

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Leave to Amend Notice of Appeal to Respond to Harold Waite's Motion to Dismiss and Motion for Judgment on Defendant's Harold Waite Motion to Dismiss has been hand delivered on this the 11TH day of JANUARY, 2005 to opposing counsel.

John Ocie Roberts