**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520**

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

JAN 3 1 2005

Michael N. Milby
Clerk of Court

April 29, 2004

Mr. Charles R. Fulbruge, III, Clerk　　　　Re:　ROBERTS
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102　　　　　　　　VS　　CARTE
New Orleans, Louisiana 70130

　　　　　　　　　　　　　　　　　　　　　　　CA B-03-170

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of __1__ Volume(s) of the record; ____ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee __x__ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is __HILDA G. TAGLE__

[ ] Court reporter assigned to this case is __Heather Hall__

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　MICHAEL N. MILBY, CLERK

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　Rebecca Pinales, Deputy Clerk

cc: John Ocie Roberts
　　Alberto Garcia
　　Javier Gonzalez
　　William Kimball

　　File