APPEAL

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00170
## Internal Use Only

Roberts v. Carte, et al  
Assigned to: Judge Hilda G Tagle  
Demand: $0  
Case in other court:  
Cause: 28:1343 Violation of Civil Rights  

Date Filed: 09/25/2003  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**John Ocie Roberts**     represented by **John Ocie Roberts**  
Box 1167  
La Feria, Tx 78559  
PRO SE

**Alberto Garcia**  
Attorney at Law  
519 S Commerce  
Harlingen, TX 78550  
956-425-4171  
Fax: 956-428-5256 fax  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eleanor Carte**     represented by **Javier Gonzalez**  
Royston Rayzor et al  
55 Cove Circle  
Brownsville, TX 78521  
956-542-4377  
Fax: 956-542-4370 fax  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

Estate of AC Carte through its
executric Celeste Bowman

**Defendant**

Javier NMI Gonzalez      represented by    **Javier Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Salvador Gonzalez

**Defendant**

Harold Waite      represented by    **William F Kimball**
Attorney at Law
312 E Van Buren Ave
Harlingen, TX 78550
956-425-2000
Fax: 956-421-4258 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2003 | 1 | COMPLAINT by John Ocie Roberts filed; FILING FEE $ not paid (ogutierrez) (Entered: 09/30/2003) |
| 09/25/2003 | | SUMMONS issued for Eleanor Carte, Estate of AC Carte, Javier NMI Gonzalez, Salvador Gonzalez, Harold Waite (ogutierrez) Modified on 01/23/2004 (Entered: 09/30/2003) |
| 09/25/2003 | 2 | Order setting Initial Pretrial and Scheduling Conference on 1:30 2/17/04 before Judge Hilda G. Tagle and Order to Disclose Interested Persons, filed. ( Signed by Judge Hilda G. Tagle ) Parties notified. (ogutierrez) (Entered: 09/30/2003) |
| 09/30/2003 | | **Renoticed document [2-1] order (ogutierrez) (Entered: 09/30/2003) |
| 10/01/2003 | | Filing Fee Paid; FILING FEE $ 150.00 RECEIPT # 117868 (ogutierrez) (Entered: 10/02/2003) |
| 10/01/2003 | 3 | RETURN OF SERVICE executed as to Salvador Gonzalez 9/29/03 filed. Answer due on 10/19/03 for Salvador Gonzalez (ogutierrez) (Entered: 10/02/2003) |

| | | |
|---|---|---|
| 10/14/2003 | 4 | RETURN OF SERVICE executed as to Eleanor Carte 9/30/03 filed. Answer due on 10/20/03 for Eleanor Carte (ogutierrez) (Entered: 10/21/2003) |
| 10/14/2003 | 5 | RETURN OF SERVICE executed as to Javier NMI Gonzalez 9/30/03 filed. Answer due on 10/20/03 for Javier NMI Gonzalez (ogutierrez) (Entered: 10/21/2003) |
| 10/15/2003 | 6 | NOTICE of Entities with Financial Interest in Litigation by John Ocie Roberts , filed (ogutierrez) (Entered: 10/21/2003) |
| 10/20/2003 | 7 | ANSWER to Complaint by Eleanor Carte, Javier NMI Gonzalez (Added attorney Javier Gonzalez), filed. (ogutierrez) (Entered: 10/23/2003) |
| 12/23/2003 | 8 | CERTIFICATE OF INTERESTED PARTIES by John Ocie Roberts, Eleanor Carte , filed. (mperez) Modified on 01/05/2004 (Entered: 01/02/2004) |
| 01/20/2004 | 9 | RETURN OF SERVICE executed as to Harold Waite 1/14/04 filed. Answer due on 2/3/04 for Harold Waite (rpinales) Modified on 01/23/2004 (Entered: 01/23/2004) |
| 01/21/2004 | 10 | ANSWER to Complaint by Harold Waite (Added attorney ), filed. (mperez) (Entered: 01/23/2004) |
| 02/03/2004 | 11 | JOINT DISCOVERY/Case Management Plan by Eleanor Carte, Javier NMI Gonzalez , filed. (rpinales) (Entered: 02/04/2004) |
| 02/17/2004 | 12 | Pre-trial conference held before Judge Hilda G. Tagle Ct Reporter: Heather Hall, Attorney for Plaintiff, Albert Garcia, Atorney for Defendants: Javier Gonzalez and William F. Kimball(via telephone). Comments: Mr. Kimball did not appear in person. Mr. Kimball was allowed to appear by telephone. Ruling: Court will allow limited discovery or whatever is necessarty to respond toa 12(b)(6). (rpinales) (Entered: 02/18/2004) |
| 03/02/2004 | 13 | NOTICE of attorney appearance for John Ocie Roberts by Alberto Garcia, filed (rpinales) (Entered: 03/03/2004) |
| 03/17/2004 | 14 | MOTION to dismiss by Eleanor Carte, Javier NMI Gonzalez, Motion Docket Date 4/6/04 [14-1] motion , filed. (rpinales) (Entered: 03/18/2004) |
| 05/14/2004 | 15 | Plaintiff's RESPONSE by John Ocie Roberts to [14-1] motion to dismiss filed. (rpinales) (Entered: 05/17/2004) |

| 06/08/2004 | 16 | SUPPLEMENT to [14-1] motion to dismiss by Eleanor Carte, Javier NMI Gonzalez, filed. (dahumada) (Entered: 06/08/2004) |
| --- | --- | --- |
| 07/29/2004 | 17 | REPLY to [16-1] supplement by John Ocie Roberts, filed. (dahumada) (Entered: 07/30/2004) |
| 09/17/2004 | ● 18 | ORDER granting 14 Motion to Dismiss (Memorandum Order) ( Signed by Judge Hilda G Tagle )Parties notified. (dahumada, ) (Entered: 09/20/2004) |
| 10/12/2004 | ● 19 | MOTION to Dismiss by Harold Waite, filed. Motion Docket Date 11/1/2004. (Attachments: # 1 Proposed Order)(mperez, ) (Entered: 10/12/2004) |
| 10/12/2004 | ● 20 | NOTICE OF APPEAL to US Court of Appeals re 18 Order on Motion to Dismiss by John Ocie Roberts. Filing fee $ 255, filed. (Attachments: # 1 receipt)(rpinales, ) (Entered: 10/12/2004) |
| 10/12/2004 | ● 21 | TRANSMITTAL LETTER to US Court of Appeals for the Fifth Circuit re: Notice of Appeal 20, filed.(rpinales, ) Modified on 11/2/2004 (rpinales, ). (Entered: 11/02/2004) |
| 12/14/2004 | ● 22 | JUDGMENT of USCA for the Fifth Circuit (certified copy) dated 12/08/2004; dismissing the appeal for want of prosecution. re 20 Notice of Appeal USCA No. 04-41489, filed. (Attachments: # 1 cover letter)(rpinales, ) (Entered: 12/14/2004) |
| 12/29/2004 | ● 23 | DESIGNATION of Record on Appeal by John Ocie Roberts, filed.(rpinales, ) (Entered: 12/29/2004) |
| 01/12/2005 | ● 24 | SUPPLEMENT to 23 Designation of Record on Appeal by John Ocie Roberts, filed.(dahumada, ) (Entered: 01/13/2005) |
| 01/12/2005 | ● 25 | PLAINTIFFS MOTION MOTION for Leave to AMEND NOTICE OF Appeal as to 19 MOTION to Dismiss Lack of Jurisdiction AND for Judgment (on Defendant's Harold Waite's Motion to Dismiss), by John Ocie Roberts, filed. Motion Docket Date 2/1/2005. (bvasquez, ) (Entered: 01/14/2005) |