UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN OCIE ROBERTS | § | CIVIL ACTION NO. 03-170 |
|     Plaintiff | § | |
| VS. | § | |
| | § | |
| ELEANOR CARTE, ET. AL., | § | |
|     Defendants | § | JURY |

### NOTICE OF APPEAL

Notice is hereby given that John Ocie Roberts, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order granting motions to dismiss pursuant to Federal Rule of Civil Procedure, 12 (b), dismissing case.

Said order granted on September 17, 2004.

Entered in this action on the 12TH day of OCTOBER, 2004.

/s/ John Ocie Roberts
John Ocie Roberts, Pro Se
P. O. Box 1167
La Feria, Texas 78589

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal had been hand delivered on this the 12th day of October, 2004.

/s/ John Ocie Roberts
John Ocie Roberts