UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
ENTERED
FEB - 3 2005
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOHN OCIE ROBERTS, § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 03-170 |
| v. § | |
| § | |
| ELEANOR CARTE, ET AL., § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on February 2, 2005, the Court **DENIED AS MOOT** Defendant Harold Waite's Motion to Dismiss [Dkt. No. 19]; and **DENIED** "Plaintiff's Motion to Amend Notice of Appeal, To Respond to Harold Waite's Motion to Dismiss and Motion for Judgment on Defendant's [sic] Harold Waite's Motion to Dismiss" [Dkt. No. 25].

On September 17, 2004, this Court granted Defendants' Eleanor Carte and Javier Gonzalez's Motion to Dismiss. The Court noted that although the Motion to Dismiss was filed by only two parties, the Court's ruling dismissing all federal claims and refusing to exercise supplemental jurisdiction over the state claims was effective as to all parties. In short, like the other defendants, no federal claims remained against Defendant Harold Waite. As a result, the Court denies as moot Defendant Harold Waite's Motion to Dismiss because the Court previously dismissed the claims against him.

On October 12, 2004, Plaintiff filed a Notice of Appeal [Dkt. No. 20]. The Fifth Circuit dismissed this appeal for want of prosecution on December 8, 2004 [Dkt. Nos. 21 & 22]. On January 12, 2005, Plaintiff filed with this Court a Motion for Leave to Amend Notice of Appeal. In this motion, Plaintiff also requested that he be granted leave to respond to Defendant Harold Waite's Motion to Dismiss. The Court denies these requests because the Court's September 17, 2004, dismissal applied to all parties. As such, Plaintiff has already filed a notice of appeal concerning the dismissal

order, and the Fifth Circuit has dismissed this appeal for want of prosecution. There is no reason, therefore, to allow Plaintiff to amend his notice of appeal or to respond to Harold Waite's Motion to Dismiss as the Court previously disposed of all claims in this case prior to Plaintiff's filing his first notice of appeal.

For these reasons, the Court **DENIES AS MOOT** Defendant Harold Waite's Motion to Dismiss [Dkt. No. 19]; and **DENIES** "Plaintiff's Motion to Amend Notice of Appeal, To Respond to Harold Waite's Motion to Dismiss and Motion for Judgment on Defendant's [sic] Harold Waite's Motion to Dismiss" [Dkt. No. 25].

DONE at Brownsville, Texas, this 2nd day of February, 2005.

Hilda G. Tagle
United States District Judge