# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 28, 2005

United States District Court
Southern District of Texas
RECEIVED

FEB 1 7 2005

Michael N. Milby, Clerk

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 04-41489 Roberts v. Carte
USDC No.  1:03-CV-170

The court has granted appellant's motion to reinstate the appeal. We request that the district court clerk forward the record and or exhibits to us within 15 days of this date.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Mr John Ocie Roberts
Mr Javier Gonzalez
Mr William F Kimball
Mr Michael N Milby, Clerk

MOT-2