IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**F I L E D**
April 6, 2005

No. 04-41489

Charles R. Fulbruge III
Clerk

JOHN OCIE ROBERTS

       Plaintiff - Appellant

United States District Court
Southern District of Texas
FILED
APR 1 2 2005
Michael N. Milby
Clerk of Court

v.

ELEANOR CARTE; ET AL

       Defendants

ELEANOR CARTE; JAVIER GONZALEZ; SALVADOR GONZALEZ; HAROLD WAITE

       Defendants - Appellees

--------------------

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

--------------------

CLERK'S OFFICE:

       Under 5TH CIR. R. 42.3, the appeal is dismissed as of April 6, 2005, for want of prosecution. The appellant failed to timely file a brief.

       CHARLES R. FULBRUGE III
       Clerk of the United States Court
       of Appeals for the Fifth Circuit

       By: _____
       James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
       Deputy
New Orleans, Louisiana   APR 0 6 2005