# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

United States District Court
Southern District of Texas
FILED

MAY 3 1 2005

Michael N. Milby
Clerk of Court

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 26, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 04-41489 Roberts v. Carte
USDC No. 1:03-CV-170

The following is returned:

Original Record on Appeal, ( 1 ) Vol.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Linda Miles, Deputy Clerk
504-310-7709

REC-3